### 24006. BEARDEN v. THE STATE.

BROYLES, C. J. The defendant was convicted of possessing whisky, and his motion for a new trial embraced only the usual general grounds. While the evidence was conflicting and would have authorized the acquittal of the accused, it also authorized the finding of the jury; and the refusal to grant a new trial was not error.

*Judgment affirmed. MacIntyre and Guerry, JJ., concur.*

DECIDED JULY 9, 1934.

*Paul H. Field,* for plaintiff in error.
*John C. Mitchell, solicitor-general,* contra.